# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                                        Case No. 09-40041-JAR-01

**ADAN MOLINA,**

      **Defendant.**

## MEMORANDUM AND ORDER

Before the Court is Defendant Adan Molina's Motion for Appointment of Counsel to Litigate Motion Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. 540), and Motion Requesting an Extension of Time to File Response in Opposition from United States and Informative Motion (Doc. 541). These motions request appointment of counsel to assist Defendant in preparing and filing a motion on his behalf to reduce his sentence under the recently-passed Amendment 821 to the United States Sentencing Guidelines. In the alternative, Defendant seeks additional time to file a reply to the Government's response to his July 2, 2024 Motion to Reduce Sentence.[1]

The Court denies the motion to appoint counsel. There is no constitutional right to counsel after direct appeal.[2] Defendant has already filed a motion to reduce sentence, and the Federal Public Defender has neither identified Mr. Molina as a candidate for a sentence reduction, nor entered an appearance on his behalf for that purpose. While the Court will forward this Order to the Federal Public Defender, it will not otherwise appoint counsel.[3] Defendant's alternate request for an extension of time to reply is granted.

---

[1] Doc. 538.

[2] *Coronado v. Ward*, 517 F.3d 1212, 1218 (10th Cir. 2008).

[3] Doc. 538.

**IT IS THEREFORE ORDERED BY THE COURT** that Defendant Adan Molina's Motion for Appointment of Counsel to Litigate Motion Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. 540) is **denied**. Defendant's Motion Requesting an Extension of Time to File Response in Opposition from United States and Informative Motion (Doc. 541) is **granted in part**. Defendant may file a reply no later than August 31, 2024.

**IT IS SO ORDERED.**

Dated: August 6, 2024

                                              S/ Julie A. Robinson
                                              JULIE A. ROBINSON
                                              UNITED STATES DISTRICT JUDGE